UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                        PLAINTIFF

v.                         CASE NO. 2:22-CR-20026-001

RAYNAL ANN POLK                                              DEFENDANT

## **ORDER**

      The Court ADOPTS the report and recommendation (Doc. 26) entered in this case and accepts Defendant's plea of guilty to Counts 3 and 4 of the indictment. The Defendant is hereby adjudged GUILTY of the offense.

      IT IS SO ORDERED this 24th day of January 2023.

                                                         /s/ P. K. Holmes III
                                                         P.K. HOLMES III
                                                         U.S. DISTRICT JUDGE